# Exhibit A to the Complaint

**Location:** Tampa, FL  
**Total Works Infringed:** 40  
**IP Address:** 47.198.205.183  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8<br>File Hash: 3DB3F80054ED0D29DFA68FE027F5643AC0F95A19A404265FF87772A7CFA608A5 | 12/01/2019 22:21:51 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 2 | Info Hash: 3F9350AC899768E5DA78E6A42B746DB2C13C71CE<br>File Hash: B87EB5198239C32510E0B293A044421E44D195CD238C8B0F39F47FDB5E0C6BB2 | 12/01/2019 04:26:51 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 3 | Info Hash: D60A816D4C169B4B25EE36DAA2B2C7E67E345BC0<br>File Hash: 68A67F46FB1E1CFE391214DAE5D0304A2436100531151112AB5856FC17240CDF | 11/27/2019 19:50:28 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 4 | Info Hash: 3D6417380243CB23F0AF15982571F8C8B9F61CDD<br>File Hash: 429FE0C66A46BB5D6AB040B51F3952BC167E688D11D4EDF4F5633849F239BAFE | 11/27/2019 16:21:06 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 5 | Info Hash: 5F0908E50A10F7EBA4E5D830A08CD09479D3282A<br>File Hash: 7EDEA7775D91F8151E50D286B9048F69677F23E69B3748E6F4EC5111409B77C2 | 11/24/2019 00:41:24 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 6 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 11/23/2019 00:44:13 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 7 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 11/22/2019 00:16:50 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 8 | Info Hash: 00D4C51A29C9BECB409301B771D686F17B05B89B<br>File Hash: 2517AD4C9EBD5958B7B53277E98727CB70A48CAE5960B8795E50AD33A0666CBE | 11/16/2019 15:01:39 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 11/08/2019 15:14:46 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 10 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/03/2019 19:57:02 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 11 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 11/01/2019 03:06:22 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 12 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 11/01/2019 02:01:44 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 13 | Info Hash: EB8182CB6D300A79475A2DF9651C8674C4BBA7FB<br>File Hash: E1E817C687D36BD1C9FB37A539C4C4E62F58D2B0BC61B8BBE4E8CB51087F05F1 | 10/31/2019 02:13:03 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 14 | Info Hash: A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7<br>File Hash: 0FD973AB75E0C0D9652AFB834F9A3CB1FC4734F6F7736DD8C88C7DC5E8A372CE | 10/29/2019 21:55:26 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 15 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 10/26/2019 22:29:11 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 16 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 10/24/2019 23:34:07 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 17 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 10/22/2019 23:35:30 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 10/22/2019 21:17:09 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 19 | Info Hash: 7DC31F64F10A5177DC11A0B36E4E52BDD9D6743E<br>File Hash: 731763BED52FC0E38E82856DB997AEB34FE42070147E94E098EF60145CE647FA | 10/20/2019 04:27:43 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 20 | Info Hash: 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4<br>File Hash: 36E7FBF4E360DC0AB31CFC8A5E15295CD4DCE06E97194AABC02C59A835AE8850 | 10/19/2019 05:28:11 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 21 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 10/13/2019 03:29:23 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 22 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/09/2019 20:57:16 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 23 | Info Hash: 694DABE8C59C17C40698F8E503003AEC22FE7539<br>File Hash: 6C2C95F363391CFACBEB0D89A5D334F9597767AE12326D8D77029113563F9886 | 10/09/2019 20:00:26 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 24 | Info Hash: 015779B60A118D644F02499AE674F1BC810CFF8E<br>File Hash: C5424E9DFB5F9E738779CF795712A58F3CA5D19B0141754548D97AB8BA227318 | 10/04/2019 01:26:33 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 25 | Info Hash: A293C6DB6C2A564F2EBBF7F273138154D95D3C4C<br>File Hash: 75CF2A35CD67E106DC2D5C349DA347EBE72F275E10C4A134CF140C2662694B79 | 09/30/2019 19:28:28 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 26 | Info Hash: 09518EAEAE8C874586EA10E3EAAE479EDBF85EF4<br>File Hash: DDEEC378DC31D06A28C1E3FCBCF52FAE158691B1ABFAB3AA58E518C02B76DAF4 | 09/25/2019 01:49:08 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 09/22/2019 20:35:05 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 28 | Info Hash: 295342E3BDE60A34C05FE4751AA3DA44678F6896<br>File Hash: 91BF4DDCD6907DA9DCB3A9A849A365AF5E562A854B92E74FBA9EF512759D84B0 | 09/22/2019 03:26:05 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 29 | Info Hash: 2861A1669C5388241A40C4CA8F9568E2AAADC9A1<br>File Hash: 0691F9C2C172D27A901B54F016672B3C984AB595B10F6D6D70868A52B340C95F | 09/21/2019 00:56:11 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 30 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307<br>File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 09/14/2019 23:16:52 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 31 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 09/07/2019 03:00:58 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 32 | Info Hash: ABA4D8EAA0CB1F71B8DA4F2D142059EF13E510A2<br>File Hash: 11E939004CE5108EB1303108658C1EB60CE0F40B00ACE324788196A3FF8FC386 | 09/04/2019 22:44:20 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 33 | Info Hash: AE562DC6C598F65D0E72B777FADE3865AFD9BB09<br>File Hash: 8D1B406F1DD3C9C600BC39994A9BCEBF5181701FAB9E52FF16A6DD1C51098344 | 08/30/2019 22:15:17 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 34 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 08/28/2019 23:35:42 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 35 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/25/2019 20:12:36 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D3D478637F304388C54893E1EE82B7253ADE2F62<br>File Hash: 320B829AAAA04CA244996B52B920A5392DA8EE76934BAE99DDBB82B2D3E89A62 | 08/24/2019 15:20:08 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 37 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08/24/2019 01:31:22 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 38 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40<br>File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 08/23/2019 01:15:37 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 39 | Info Hash: E57FCB8895D4BBD916A87937BEB53E57468BB9CE<br>File Hash: ADFE12C3835E25A9B12DBBBFC2ADF0390175593EE81B94A43525131684D7A198 | 08/18/2019 19:11:03 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 40 | Info Hash: 3BC1DD11C67277FE2EB481E0023C7FE4FE741B02<br>File Hash: AC47E267B4B118E0B0E8400781B9A14524F40A86CB85DACDD19E81D91BCCD955 | 08/15/2019 22:50:31 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |